## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mark Bowen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:19-cv-074 |
| Pioneer Drilling Services, LTD, and | ) | |
| Whiting Oil and Gas Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

On April 8, 2020 Defendant Whiting Oil and Gas Corporation ("Whiting") filed a "Suggestion of Bankruptcy . . . and Notice of Automatic Stay of Proceedings." (Doc. No. 30). On April 17, 2020, Defendant Pioneer Drilling Services, LTD ("Pioneer") filed a "Notice of Suggestion of Bankruptcy and Automatic Stay." (Doc. No. 31).

Title Eleven of the United Sates Code, Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C.§ 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Arkansas, 647 F.2d 768, 775 (8th Cir. 1981). Whiting and Pioneer have filed for Chapter 11 relief in the United States Bankruptcy Court for the Southern District of Texas. Consequently, this matter is **STAYED** pursuant to 11 U.S.C. § 362(a) pending resolution of the bankruptcy cases in the United States Bankruptcy Court for the Southern District of Texas. The scheduling conference set for May 4, 2020, is **CANCELLED**.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court