**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Mark Bowen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pioneer Drilling Services, LTD, and | ) | Case no. 1:19-cv-074 |
| Whiting Oil and Gas Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

On July 9, 2020, the parties filed a Stipulation to Substitute Parties. The court **ADOPTS** the parties' stipulation (Doc. No. 33) and **ORDERS** that Mark C. Bowen, in his capacity as Personal Representative be substituted as plaintiff for Mark E. Bowen.

Dated this 10th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court