# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mark Bowen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pioneer Drilling Services, LTD, and | ) | Case No. 1:19-cv-074 |
| Whiting Owl and Gas Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

On April 8, 2020, Defendant Whiting Oil and Gas Corporation filed a "Suggestion of Bankruptcy . . . and Notice of Automatic Stay of Proceedings." (Doc. No. 30). On April 17, 2020, Defendant Pioneer Drilling Services, LTD filed a "Notice of Suggestion of Bankruptcy and Automatic Stay." (Doc. No. 31). Consequently, on April 21, 2020, the Court issued an order staying this action pending resolution of the bankruptcy proceedings. (Doc. No. 32).

On July 9, 2020, the parties filed a Joint Notice of Resolution of Bankruptcy Stay. (Doc. No. 32). Therein they advised that the Bankruptcy Stay for both defendants had been resolved as it relates to this action. (Id.). Accordingly, the Court lifts the stay that it had previously imposed.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court